NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 16a0180n.06

No. 15-1833

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

JEAN W. DAVIS,

    Plaintiff-Appellant,

v.

L-3 COMMUNICATIONS, COMBAT
PROPULSION SYSTEMS,

    Defendant-Appellee.

)
)
)
)
)
)
)
)
)
)
)

**FILED**
Mar 30, 2016
DEBORAH S. HUNT, Clerk

ON APPEAL FROM THE
UNITED STATES DISTRICT
COURT FOR THE WESTERN
DISTRICT OF MICHIGAN

**BEFORE:**  **MERRITT, GIBBONS, and SUTTON, Circuit Judges.**

**JULIA SMITH GIBBONS, Circuit Judge.**  Plaintiff-appellant Jean Davis brought age

discrimination and retaliation claims against her former employer, L-3 Communications, Combat

Propulsion Systems (L-3), based, respectively, on her termination during a reduction in force and

L-3's subsequent failure to rehire her.  Davis appeals the district court's grant of summary

judgment to L-3 on her retaliation claim, arguing she established a *prima facie* case of retaliation

under the Age Discrimination in Employment Act.

After carefully reviewing the record, the applicable law, and the parties' briefs, we find

that the district court's opinion correctly sets out the facts and the governing law.  Because this

court's issuance of a full opinion would serve no jurisprudential purpose and would be

duplicative, we affirm on the basis of the district court's well-reasoned order of June 22, 2015.